

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| CENTRAL GULF TOWING, INC. AND BOSTON OLD COLONY INSURANCE COMPANY | CASE NUMBER | 00-0305 |
|---|---|---|
| V. | SECTION | "F" |
| BEAN HORIZON CORPORATION | MAGISTRATE | 3 |

### MOTION TO CONTINUE PRELIMINARY CONFERENCE

**NOW INTO COURT**, through undersigned counsel, comes defendant, Bean Horizon L.L.C., and moves this Court to continue the preliminary conference scheduled for June 6, 2000 at 3:00 p.m., upon suggesting to the Court that trial counsel for Bean Horizon L.L.C., on June 2, 2000, had a death in his immediate family and will, therefore, be unable to participate in the preliminary conference on June 6, 2000. Counsel for plaintiffs, Central Gulf Towing, Inc. and Boston Old Colony Insurance Company, has consented to the granting of this continuance.

DATE OF ENTRY
JUN - 9 2000



Respectfully submitted,

_____
ALAN G. BRACKETT (#14094) for
ANDRÉ J. MOULEDOUX, T.A. (#9778)
DANIEL J. HOERNER (#21706)
MOULEDOUX, BLAND, LEGRAND & BRACKETT, L.L.C.
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 595-3000
Facsimile:  (504) 522-2121
Attorneys for defendant, Bean Horizon Corporation

H:\0355\00121 Central Gulf\Pleads\motion to continue.wpd

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading on all counsel of record by mailing the same by United States mail, properly addressed and postage prepaid this ___2d___ day of ___June___, 2000.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| CENTRAL GULF TOWING, INC. AND BOSTON OLD COLONY INSURANCE COMPANY | CASE NUMBER   00-0305 |
|---|---|
| | SECTION   "F" |
| V. | |
| BEAN HORIZON CORPORATION | MAGISTRATE   3 |

## ORDER

**IT IS HEREBY ORDERED** that the preliminary conference scheduled for June 6, 2000 at 3:00 p.m. is hereby rescheduled for June _____, 2000 at _____ o'clock ____.M.

*Denied as Moot*

New Orleans, Louisiana, this ____7th____ day of June, 2000.

_____
United States District Judge