MINUTE ENTRY
FELDMAN, J.
JUNE 21, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BOSTON OLD COLONY                              CIVIL ACTION

VERSUS                                         NO. 00-305

BEAN HORIZON CORPORATION                       SECTION "F"


IT IS ORDERED that the pre-trial conference is hereby set for Thursday, November 16, 2000, at 1:45 p.m.

DATE OF ENTRY
JUN 2 1 2000

