FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT 24 AM 11: 39

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BOSTON OLD COLONY INSURANCE COMPANY AND CENTRAL GULF TOWING, INC. | * * * | CIVIL ACTION |
| VERSUS | * * | NO. 00-0305 |
| BEAN HORIZON CORPORATION | * * * | SECTION "F"(3) |
| * * * * * * * * * * * * * * * * * * | * | JUDGE FELDMAN MAG. AFRICK |

### JOINT MOTION FOR CONTINUANCE

NOW COME Boston Old Colony Insurance Company, Central Gulf Towing, Inc., and Bean Horizon Corporation and move this Honorable Court for an Order removing this matter from the trial calendar for a period of ninety (90) days for the reasons set forth in the attached memorandum and upon a showing that the clients have been contacted and agreed to the short continuance.

DATE OF ENTRY
OCT 26 2000



Respectfully submitted,

LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD

    Of Counsel

_____
SCOTT R. WHEATON, JR., BAR #13395
Suite 2775 Pan-American Life Center
601 Poydras Street
New Orleans, Louisiana  70130
Telephone: (504) 568-1990
Attorneys for Boston Old Colony
  Insurance Company and
  Central Gulf Towing, Inc.

_____
ANDRE J. MOULEDOUX, T.A., BAR #9778
ALAN G. BRACKETT, BAR #14094
MOULEDOUX, BLAND, LEGRAND &
  BRACKETT, L.L.C.
650 Poydras Street, Suite 2150
New Orleans, Louisiana  70130
Telephone: (504) 595-3000
Facsimile: (504) 522-2121
Attorneys for Bean Horizon
  Corporation

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this ____ day of _Oct._ served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

-2-

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
BOSTON OLD COLONY INSURANCE COMPANY    *    CIVIL ACTION
AND CENTRAL GULF TOWING, INC.          *
                                       *
VERSUS                                 *    NO. 00-0305
                                       *
BEAN HORIZON CORPORATION               *    SECTION "F"(3)
                                       *
                                       *    JUDGE FELDMAN
* * * * * * * * * * * * * * * * * * *  *    MAG. AFRICK
```

## O R D E R

Considering the foregoing Joint Motion for Continuance, IT IS ORDERED that the *pre-trial conference and* trial of this matter ~~be removed from~~ *is continued to be reset by the Court.* ~~the trial calendar for a period of ninety (90) days~~.

New Orleans, Louisiana, this 25th day of October, 2000.

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BOSTON OLD COLONY INSURANCE COMPANY AND CENTRAL GULF TOWING, INC. | * * * | CIVIL ACTION |
| VERSUS | * * | NO. 00-0305 |
| BEAN HORIZON CORPORATION | * * | SECTION "F"(3) |
| * * * * * * * * * * * * * * * * * * * | * * | JUDGE FELDMAN MAG. AFRICK |

**MEMORANDUM IN SUPPORT OF JOINT MOTION FOR CONTINUANCE**

MAY IT PLEASE THE COURT:

Boston Old Colony Insurance Company, Central Gulf Towing, Inc., and Bean Horizon Corporation submit this Joint Memorandum in Support of their Motion for Continuance, and respectfully show as follows:

This matter involves a Request for a Declaratory Judgment brought on behalf of Central Gulf Towing, Inc. ("Central Gulf") and its underwriter, Boston Old Colony Insurance Company, against Bean Horizon Corporation ("Bean"). Bean hired Central Gulf to provide tug services for a beach restoration project in Martin County, Florida. The issues within the Declaratory Judgment involve the

rights and liabilities of the respective parties under various written agreements, including insurance policies, for damages alleged to have occurred during the course and scope of a dredging and beach restoration project taking place in South Florida. Recently, Bean has engaged in settlement discussions with the United States Corps of Engineers, the Environmental Protection Agency, the State of Florida, and Martin County with respect to environmental damages alleged to have occurred during the course and scope of the project. Depending upon the resolution of the discussions, it may well be that the parties to the present litigation will be able to settle this matter without resorting to a judicial interpretation of their rights and liabilities under the contract and the respective insurance policies.

Bean and Central Gulf have a reasonable expectation that the resolution of the Florida claims will take place within a period of ninety (90) days and, therefore, it is requested that the present litigation be taken off the trial calendar for that period of time following which the parties will evaluate whether or not further litigation is necessary. The parties have been contacted and have instructed their attorneys to file this motion as a cost effective means to avoid litigation pending settlement of the environmental claims.

|  |  |
|---|---|
| | Respectfully submitted, |
| LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD<br><br>Of Counsel | *[signature]*<br>SCOTT R. WHEATON, JR., BAR #13395<br>Suite 2775 Pan-American Life Center<br>601 Poydras Street<br>New Orleans, Louisiana 70130<br>Telephone: (504) 568-1990<br>Attorneys for Boston Old Colony Insurance Company and Central Gulf Towing, Inc. |
| | *[signature]*<br>ANDRE J. MOULEDOUX, T.A., BAR #9778<br>ALAN G. BRACKETT, BAR #14094<br>MOULEDOUX, BLAND, LEGRAND & BRACKETT, L.L.C.<br>650 Poydras Street, Suite 2150<br>New Orleans, Louisiana 70130<br>Telephone: (504) 595-3000<br>Facsimile: (504) 522-2121<br>Attorneys for Bean Horizon Corporation |

-3-