

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BOSTON OLD COLONY INSURANCE COMPANY<br>AND CENTRAL GULF TOWING, INC. | * | CIVIL ACTION NO. 00-0305 |
| | * | |
| | * | SECTION "F"(3) |
| VERSUS | * | |
| | * | JUDGE FELDMAN |
| BEAN HORIZON CORPORATION | * | |
| | * | MAGISTRATE AFRICK |

* * * * * * * * * * * * * * * * * * * * * * * * *

## UNOPPOSED MOTION FOR LEAVE TO FILE
## CROSS-MOTION FOR SUMMARY JUDGMENT

Now into Court, through undersigned counsel, come Central Gulf Towing, Inc. and

Boston Old Colony Insurance Company, and move this Court for Leave to File a Cross-Motion for

Summary Judgment against Bean, defendant/counter-plaintiff; and further suggesting to the Court

that the issues to be resolved in the pending Motion for Summary Judgment and/or Declaratory

Judgment filed by Bean and the proposed Cross-Motion, which will be filed simultaneously with

Central Gulf's/Boston Old Colony's opposition to Bean's Motion, involve interpretation of a Charter

Agreement and two policies of insurance; and upon further suggesting to the Court that those issues

are ripe for determination by the Court based upon the language contained in the Charter Agreement

and the policies of insurance; and further suggesting to the Court that counsel for Bean has been

DATE OF ENTRY

AUG 2 8 2001

contacted and does not object to the granting of this Motion allowing Central Gulf and Boston Old

Colony leave to file the Cross-Motion for Summary Judgment; and, upon further suggesting to the

Court that Central Gulf Towing and Boston Old Colony have shown good cause why their Motion

for Leave should be granted.

Respectfully submitted,

LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD

Of Counsel

_____
SCOTT R. WHEATON, JR., T.A., BAR #13395
STANLEY J. COHN, BAR #4238
DAVID B. SHARPE, BAR #20370
Suite 2775 Pan-American Life Center
601 Poydras Street
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Attorneys for Boston Old Colony Insurance Company

CERTIFICATE OF SERVICE

I do hereby certify that I have on this
2 7 day of _August_, 2001,
served a copy of the foregoing pleading
on counsel for all parties to this proceeding, by
mailing the same by United States mail,
properly addressed, and first class postage
prepaid.
_____

- 2 -

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BOSTON OLD COLONY INSURANCE COMPANY | * | CIVIL ACTION NO. 00-0305 |
| AND CENTRAL GULF TOWING, INC. | * | |
| | * | SECTION "F"(3) |
| VERSUS | * | |
| | * | JUDGE FELDMAN |
| BEAN HORIZON CORPORATION | * | |
| | * | MAGISTRATE AFRICK |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

UPON MOTION of Central Gulf Towing, Inc. and Boston Old Colony Insurance Company, it is hereby

ORDERED that Central Gulf Towing and Boston Old Colony are hereby granted leave to file a Cross-Motion for Summary Judgment simultaneously with their Opposition to Bean's pending Motion for Summary Judgment and/or Declaratory Judgment.

New Orleans, Louisiana this ___28th___ day of August, 2001.

_____

U.S. DISTRICT COURT JUDGE