

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BOSTON OLD COLONY INSURANCE COMPANY AND CENTRAL GULF TOWING, INC. | * * | CIVIL ACTION NO. 00-0305 |
| | * | SECTION "F"(3) |
| VERSUS | * * | |
| | * | JUDGE FELDMAN |
| BEAN HORIZON CORPORATION | * * | MAGISTRATE AFRICK |

* * * * * * * * * * * * * * * * * * * * * *

### UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND/OR DECLARATORY JUDGMENT

Now into Court, through undersigned counsel, come Central Gulf Towing, Inc. and Boston Old Colony Insurance Company, and move this Court for Leave for a seven (7) day enlargement of time to file its Opposition to Bean's Motion for Summary Judgment and/or Declaratory Judgment; and further suggesting to the Court that the Motion and Memorandum in Support where served on Boston Old Colony and Central Gulf on August 21, 2001; and further suggesting that the Opposition is due on or before August 28, 2001; and further suggesting to the Court that the parties are in discussion regarding possible amicable resolution of the case; and further suggesting to the Court that a one-week extension, or until September 4, 2001, to file the

DATE OF ENTRY
AUG 2 8 2001

___Fee___
___Process___
___Dktd___
___CtRmDep___
Doc.No. 18

Opposition is necessary; and further suggesting to the Court that counsel for Bean Horizon Corporation has been contacted and does not object to the granting of this Motion for Enlargement of Time.

Based upon the foregoing, Boston Old Colony Insurance Company and Central Gulf Towing, Inc. submit that they have shown good cause why their Motion for Enlargement of Time to File their Opposition to the pending Motion for Summary Judgment and/or Declaratory Judgment for a period of seven days should be granted.

Respectfully submitted,

LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD

Of Counsel

_____
SCOTT R. WHEATON, JR., T.A., BAR #13395
STANLEY J. COHN, BAR #4238
DAVID B. SHARPE, BAR #20370
Suite 2775 Pan-American Life Center
601 Poydras Street
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Attorneys for Boston Old Colony Insurance Company

CERTIFICATE OF SERVICE

I do hereby certify that I have on this 27th day of August, 2001, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____

- 2 -

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BOSTON OLD COLONY INSURANCE COMPANY AND CENTRAL GULF TOWING, INC. | * * * | CIVIL ACTION NO. 00-0305 |
| | * | SECTION "F"(3) |
| VERSUS | * * | |
| | * | JUDGE FELDMAN |
| BEAN HORIZON CORPORATION | * * | MAGISTRATE AFRICK |

* * * * * * * * * * * * * * * * * * * * * *

### ORDER

UPON MOTION of Boston Old Colony Insurance Company and Central Gulf Towing, Inc., and for good cause shown, it is hereby

ORDERED that Boston Old Colony Insurance Company and Central Gulf Towing, Inc. be granted an enlargement of time of seven days, or until September 4, 2001, to file their Opposition to Bean's Motion for Summary Judgment and/or Declaratory Judgment.

New Orleans, Louisiana this _____ day of August, 2001.

_____
U.S. DISTRICT COURT JUDGE

*[Handwritten note: Ordered: Bean's motion for summary judgment is now set for 9.19.01 on the papers. MF 8.28.01]*