FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 SEP -5 PM 2: 37

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BOSTON OLD COLONY INSURANCE COMPANY AND CENTRAL GULF TOWING, INC. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0305 |
| BEAN HORIZON CORPORATION | * | SECTION "F"(3) |
| | * | JUDGE FELDMAN |
| * * * * * * * * * * * * * * * * * * * * * * * * | | MAG. AFRICK |

**MOTION AND ORDER TO ADMINISTRATIVELY
CLOSE CASE WITHOUT PREJUDICE**

NOW COME plaintiffs, Boston Old Colony Insurance Company and Central Gulf Towing, Inc., and defendant, Bean Horizon Corporation, and move this Court for an Order to administratively close this case, without prejudice, upon the grounds that this declaratory judgment action may become moot or be resolved between the parties depending upon the disposition of a controversy presently pending before administrative agencies in Miami, Florida.

Upon motion of the parties and for good cause shown,

IT IS HEREBY ORDERED that this matter be and hereby is closed administratively, without prejudice, and subject to the right of either party to reopen the case in the event that further

DATE OF ENTRY

SEP 1 2 2001



action is required following resolution of the controversy presently pending between the parties in the administrative proceedings in Miami, Florida.

New Orleans, Louisiana, this \_\_\_17th\_\_\_ day of \_\_\_Sept.\_\_\_, 2001.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted,

LUGENBUHL, WHEATON, PECK,
  RANKIN & HUBBARD

_____
SCOTT R. WHEATON, JR., T.A., BAR #13395
STANLEY J. COHN, BAR #4238
Suite 2775 Pan-American Life Center
601 Poydras Street
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 529-7418
Attorneys for Boston Old Colony Insurance Company
  and Central Gulf Towing, Inc.

_____
ANDRE J. MOULEDOUX, T.A., BAR #9778
ALAN G. BRACKETT, BAR #14094
MOULEDOUX, BLAND, LEGRAND &
  BRACKETT, L.L.C.
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Telephone: (504) 595-3000
Facsimile: (504) 522-2121
Attorneys for Bean Horizon Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BOSTON OLD COLONY INSURANCE COMPANY AND CENTRAL GULF TOWING, INC. | * * * | CIVIL ACTION |
| VERSUS | * * | NO. 00-0305 |
| BEAN HORIZON CORPORATION | * * * | SECTION "F"(3) |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | JUDGE FELDMAN MAG. AFRICK |

**MEMORANDUM IN SUPPORT OF
MOTION TO ADMINISTRATIVELY
<u>CLOSE CASE WITHOUT PREJUDICE</u>**

MAY IT PLEASE THE COURT:

  This matter is before the Court on the joint motion of plaintiffs, Boston Old Colony Insurance Company and Central Gulf Towing, Inc., and defendant, Bean Horizon Corporation, to administratively close this case, without prejudice, and subject to the right of either party to reopen this case in the event all issues are not resolved by the disposition of the administrative proceedings in Miami, Florida.

  This matter involves an action for declaratory judgment seeking a declaration of the rights and obligations of the respective parties under a towage contract and under various policies

of insurance. The underlying dispute involves environmental damage alleged to have been caused during a dredging and beach restoration project for Martin County, Florida. At the conclusion of the job, the Corps of Engineers, the EPA, and the State of Florida started various administrative proceedings to quantify the nature and extent of remedial measures necessary to return the environment to its pre-job condition. Depending upon the outcome of those administrative proceedings, the parties have a good faith belief that the remaining issues between them can be resolved. Accordingly, the parties would like to close the present matter for administrative purposes, without prejudice, and subject to the right of either party to reopen the matter in the event that the resolution of the administrative proceedings requires further action within the present declaratory judgment action.

Respectfully submitted,

LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD

_____
SCOTT R. WHEATON, JR., T.A., BAR #13395
STANLEY J. COHN, BAR #4238
Suite 2775 Pan-American Life Center
601 Poydras Street
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 529-7418
Attorneys for Boston Old Colony Insurance Company
and Central Gulf Towing, Inc.

_____
ANDRE J. MOULEDOUX, T.A., BAR #9778
ALAN G. BRACKETT, BAR #14094
MOULEDOUX, BLAND, LEGRAND &
  BRACKETT, L.L.C.
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Telephone: (504) 595-3000
Facsimile: (504) 522-2121
Attorneys for Bean Horizon Corporation